UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Martin et al., | |
| Plaintiff(s), | |
| v. | 25-CV-9395 (DEH) |
| 3M Company et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On November 10, 2025, Defendants Tyco Fire Products and Chemguard, Inc. (collectively, "Tyco") filed a Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York. The action was subsequently assigned to this Court.

Tyco asserts that under the federal officer removal statute, 28 U.S.C. § 1442(a)(1), they are entitled to removal so they can have their federal defense adjudicated in a federal forum. *See Papp v. Fore-Kast Sales Co.*, 842 F.3d 805, 810–15 (3d Cir. 2016). Further, Tyco contends that they are not required to notify or obtain the consent of any other Defendant in this action in order to remove Plaintiffs' action as a whole under § 1442(a)(1). *See, e.g.*, *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1253 (9th Cir. 2006); *Hilbert v. McDonnell Douglas Corp.*, 529 F. Supp. 2d 187, 195 (D. Mass. 2008). However, Tyco has served a copy of their Notice of Removal upon all other parties. ECF No. 3.

By **November 25, 2025**, Plaintiffs and other Defendants shall file a joint letter, not to exceed 10 pages, outlining their respective positions on removal to federal court. The letter shall

conform with Local Rule 7.1(b).  Tyco shall file any reply by **December 3, 2025**, which shall not

exceed 5 pages and shall conform with Local Rule 7.1(b).


SO ORDERED.

Dated:  November 14, 2025
        New York, New York

_____
              DALE E. HO
        United States District Judge

2