UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Martin et al., | |
| Plaintiff(s), | 25-CV-9395 (DEH) |
| v. | |
| 3M Company et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, scheduled for January 7,

2026 at 1:30 P.M. is **ADJOURNED** sine die.

SO ORDERED.

Dated: January 5, 2026
New York, New York

_____
DALE E. HO
United States District Judge